IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-00274 |
| v. | (Chief Judge Brann) |
| JAMES LAMPLEY, | |
| Defendant. | |

## ORDER

JULY 19, 2022

**AND NOW**, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendant James Lampley's motion to reveal the identity of the confidential informant (Doc. 32) is **DENIED** as moot; and

2. Defendant's motion to suppress (Doc. 33) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge